# Court of Appeals
# of the State of Georgia

ATLANTA,  July 09, 2026

*The Court of Appeals hereby passes the following order:*

## A26O0028. WASEEM DAKER v. PAIGE MULLIGAN, CLERK, TATTNALL COUNTY SUPERIOR COURT.

Waseem Daker filed a petition for original mandamus relief with this Court, requesting that we compel the superior court judge to deem his notices of appeal in Cases No. A26A2056 and A26A2057 filed on March 23, 2026. On June 2, 2026, the superior court granted Daker the relief he sought and, accordingly, his petition is now moot. Thus, there is no basis for this Court to exercise its jurisdiction. See OCGA § 5-6-48(b)(3).

Accordingly, this original petition is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  07/09/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*